Name: JOE W. Jean-Louis

Prison Identification/Booking No.: 23345-048

ADDRESS or PLACE OF CONFINEMENT: U.S. Medical Center Springfield Missouri

Note: If represented by an attorney; his name, address & telephone number.

Note: It is your responsibility to notify the Clerk of Court in writing of any change of address.

16-3415-CV-S- -P

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

Joseph W. Jean-Louis
FULL NAME (Include name under which you were convicted)

Petitioner,

v.

Linda Sanders
U.S. Parole Commission

NAME OF WARDEN, (or other authorized person having custody of petitioner)

Respondent.

CASE No. _____
To be supplied by the Clerk of the United States District Court

CASE No. _____
Criminal case under which sentence was imposed.

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY**
(28 U.S.C § 2241)

## INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten, signed by *the petitioner, under pe*nalty of perjury. You must set forth CONCISELY the answer to each question in the proper space on the form. Any false statement of *a mate*rial fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition except that ONE separate additional page is permitted in answering Question No.9.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

MR. JOE W. JEAN-LOUIS )
23345-048 )
PRO SE LITIGANT NOT A )
REAL ATTORNEY (REESE) )
IN LAW. P.O. BOX 4000 )
U.S MEDICAL CENTER )
SPRINGFIELD MISSOURI, )
    PETITIONER )   CASE NUMBER TO
  — V — )   BE SUPPLIED BY
WARDEN LINDA )   COURT CLERK
SANDERS U.S. PAROLE )
COMMISSION )   PETITION FOR
OFFICIAL CAPACITY et al )   WRIT OF
   )   HABEAS CORPUS

Comes Now the petitioner IN THE ABOVE CAPTIONED MATTER INTO THIS HONORABLE U.S DISTRICT COURT. Seekin JUDICIAL Review Hereby Now AND forever more ORDER THIS COURT. TO RELEASE me IN Cleveland U Cree one 517 F.2d 1082 (8th CIR 1974) COURT Said the director WARDEN of the Federal medical CENTER has Authority To execute The Parole WARRANT Under 18 USC Section 4206

# Brief

Execution of a parole violator warrant has a significant constitutional interest it is the functional designation for the appropriate consideration triggering any loss of liberty and United States Parole Commission has a duty to provide parolee with a hearing and due process protection.

This writ will not will not will not be denied
Cheney v. U.S District Court

Mr. Joe W. Jean-Louis
23345-048
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

REC'D OCT 03 2016

Pro Se
Clerk's Office

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
1400 U.S. Courthouse
222 John Q. Hammons Pkwy
Springfield Mo
65806